UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Criminal No. 3:19 cr 163 (KAD) |
| | : | |
| | : | VIOLATION: |
| v. | : | |
| | : | 18 U.S.C. § 1343 (Wire Fraud) |
| | : | |
| MICHAEL VERZELLA | : | |

INDICTMENT

The Grand Jury Charges

COUNT ONE
(Wire Fraud)

Background

1.     At all times relevant to this Indictment:

2.     Chapel Haven Schleifer Center ("Chapel Haven") was a private, non-profit entity that provided services and residential housing to individuals with developmental and social disabilities in New Haven, Connecticut.

2.     The defendant, MICHAEL VERZELLA ("VERZELLA"), was the Supervisor of Recreation and Operations at Chapel Haven.

3.     As part of his employment, VERZELLA was assigned a Chapel Haven credit card with an account number known to the Grand Jury and ending in -9321, which had been issued by the Bank of America, headquartered in Charlotte, North Carolina.  VERZELLA was authorized to use the credit card to pay for expenses related to Chapel Haven, including the purchasing of tickets to off-site events for Chapel Haven residents and clients.

1

The Scheme to Defraud

4.     From in or about January 2014 through February 2018, the exact dates being unknown to the Grand Jury, in the District of Connecticut and elsewhere, VERZELLA knowingly, willfully and with the intent to defraud, devised and intended to devise a scheme and artifice to defraud Chapel Haven, and to obtain money and property from Chapel Haven, by means of materially false and fraudulent pretenses, representations, and promises, as more fully set forth below.

5.     As part of the scheme, VERZELLA used his Chapel Haven credit card to purchase tickets at online ticket broker websites for sporting events, musical concerts, family entertainment, and other events for the benefit of himself, his family members, and his friends, and submitted false and fraudulent invoices to Chapel Haven to appear as though the credit card charges for these personal charges related instead to Chapel Haven events.

Purpose of the Scheme

6.     The purpose of the scheme and artifice to defraud was for VERZELLA, through the use of his Chapel Haven credit card, to profit personally from money belonging to Chapel Haven.

The Means and Manner of the Scheme

7.     As part of the scheme, VERZELLA had an account linked with his Chapel Haven work e-mail at an online ticket broker.

8.     It was further part of the scheme that VERZELLA would purchase event tickets for his personal use through the online ticket broker with his Chapel Haven credit card and

Chapel Haven e-mail address.   These events included children's shows, food and wine tasting events, professional sports games, and music concerts.

9.      It was further part of the scheme that VERZELLA submitted materially false and fraudulent purchase orders and accompanying invoices for recreational events purported to be for the residents and clients of Chapel Haven, when in fact the purchases were for the event tickets that he had purchased for himself, his family members and friends.   Specifically, VERZELLA created and altered invoices and e-mail receipts from online ticket brokers designed to appear as if the tickets he had purchased had been for Chapel Haven events.

10.     It was further part of the scheme that VERZELLA caused Chapel Haven to pay the expenses that he incurred on his Chapel Haven credit card.

<u>Execution of the Scheme to Defraud</u>

11.     From January 2014 through in or about February 2018, in the District of Connecticut and elsewhere, VERZELLA knowingly executed and attempted to execute the above-described scheme and artifice to defraud, and to obtain money and property belonging to Chapel Haven by means of materially false and fraudulent pretenses, representations and promises.

12.     On July 5, 2017, in the District of Connecticut and elsewhere, for the purpose of executing the above-described scheme and artifice to defraud, the defendant MICHAEL VERZELLA knowingly caused to be transmitted in interstate commerce by means of a wire communication certain signs, signals and sounds, to wit, the online purchase of four tickets to the July 15, 2017, baseball game between the Boston Red Sox and the New York Yankees, through the online service MyTicketTracker.com for a total of $1,991.60 using his Chapel Haven credit card and Chapel Haven e-mail address.   That same day, VERZELLA submitted a purchase order

3

to the Chapel Haven business office in the amount of $1,991.60 and attached a false and fraudulent email receipt from MyTicketTracker.com.   The email stated that it was for the purchase of 23 tickets at $86 each to the September 23, 2017, baseball game between the New York Mets and the Washington Nationals at "City Field" in New York, and included a $13.60 service fee.

All in violation of Title 18, United States Code, Section 1343.

A TRUE BILL

/s/

FORE PERSON

UNITED STATES OF AMERICA

LEONARD C. BOYLE
FIRST ASSISTANT UNITED STATES ATTORNEY

MARIA DEL PILAR GONZALEZ
ASSISTANT UNITED STATES ATTORNEY

SARAH P. KARWAN
ASSISTANT UNITED STATES ATTORNEY

4