UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| v. | : CRIMINAL No. 3:19cr163(KAD) |
| MICHAEL VERZELLA | : July 1, 2020 |

**GOVERNMENT'S STATUS REPORT CONCERNING SENTENCING**

The United States respectfully submits this status report concerning the sentencing scheduled in this matter for July 20, 2020. Following the conference call with the Court on June 8, 2020, the Government reached out to representatives and counsel for Chapel Haven Schleifer Center ("Chapel Haven"), the victim in this matter, and learned the following:

- Chapel Haven has reached out to its adults and community members and anticipates that 50 individuals will want to personally attend the sentencing hearing.

- Chapel Haven has started to make arrangements to rent multiple buses to transport its community members to the hearing in a safe fashion.

- Chapel Haven understands that many of its 50 community members who attend the hearing will want to personally address the Court to the extent possible.

- Chapel Haven further understands that other of its community members who do not attend the proceeding will want to watch the proceedings remotely via Zoom.

In light of this information, the Government proposes as follows:

- The Court advise the Government and the defense as to the number of individuals that Courtroom 4 can accommodate to allow for appropriate social distancing. The defense and the Government can then designate the individuals who will be physically present in Courtroom 4 for the sentencing.[1]

- An "overflow" courtroom, equipped with the appropriate VTC equipment, be designated for Chapel Haven community members, the defendant's friends and family, and members of the public to watch the sentencing live.

- The Government and defense counsel create a list of individuals who wish to address the Court at the sentencing. Those individuals may be seated in the overflow courtroom but will be allowed into Courtroom 4 one at-a-time to address the Court.

- All individuals in the courthouse will be advised of the Court's March 11, 2020 Order regarding restrictions on visitors to the courthouse (http://ctd.uscourts.gov/sites/default/files/general-ordes/20-5_%20%28EXT%29%20In%20Re%20Restriction%20on%20Visitors%20To%20Courthouses.pdf), and May 19, 2020 Order regarding masks (http://www.ctd.uscourts.gov/sites/default/files/20-18_-COVID-19-General-Order-Re-Masks.pdf), and will be instructed to observe appropriate social

---

[1] The Government notes that for other proceedings in the Hartford and New Haven courthouses, the Clerk's Office has helpfully marked off six-foot intervals throughout the courtrooms to indicate where individuals may sit.

distancing requirements. Consistent with the Court's May 19 Order, individuals directly addressing the Court may remove their face masks if permitted by the Court.

- The Government will arrange to have the sentencing broadcasted live via Zoom at its offices in New Haven for any Chapel Have community members who do not want to travel to Bridgeport.

- The Government has encouraged, and will continue to encourage, Chapel Haven community members who wish to address the Court to consider providing written and/or video-recorded statements to the Court in lieu of personally appearing at the Bridgeport courthouse. The Government has received one set of these statements, which were put on a CD and sent to the Court, counsel for Mr. Verzella, and the United States Probation Office on June 29, 2020. The Government has requested that any additional statements be provided to it by July 13. 2020 to allow the appropriate copies to be made and circulated.

                                                  Respectfully submitted,

                                                  JOHN H. DURHAM
                                                  UNITED STATES ATTORNEY

                                                        /s/
                                                  Sarah P. Karwan
                                                  Federal Bar No. ct22911
                                                  ASSISTANT U.S. ATTORNEY
                                                  157 Church Street, 23rd Floor
                                                  New Haven, CT  06510
                                                  Tel.: (203) 821-3700
                                                  Fax: (203) 773-5376
                                                  sarah.p.karwan@usdoj.gov

## CERTIFICATE OF SERVICE

     I hereby certify that on July 1, 2020, a copy of foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

                                          /s/

                           SARAH P. KARWAN
                           ASSISTANT UNITED STATES ATTORNEY